IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01482-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: June 26, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                *Counsel:*

RANDALL RADER,                                             Steven Christopher Fuoco

    Plaintiff/Counter Defendant,

v.

ELECTRONIC PAYMENT SYSTEMS, LLC,          Scotty P. Krob

    Defendant/Counter Claimant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:    1:58 p.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's First MOTION to Compel pursuant to R. 37(c)(1) (Docket No. 58, filed on 5/18/2012), the defendant's RESPONSE to #58 First MOTION to Compel pursuant to R. 37(c)(1) (Docket No. 64, filed on 6/8/2012), and the plaintiff's REPLY to Response to #58 First MOTION to Compel pursuant to R. 37(c)(1) (Docket 69, filed on 6/22/2012).

Mr. Fuoco presents oral argument and engages in discussion to the court.

Mr. Krob presents oral argument and engages in discussion to the court.

For reasons as stated on the record,

**ORDERED:**   The court **DENIES** the plaintiff's First MOTION to Compel pursuant to R. 37(c)(1) (Docket No. 58, filed on 5/18/2012).

The court addresses the parties regarding the plaintiff's Second MOTION for Extension of Time to June 14, 2012 Affirmative Expert Designation and Fact Discovery Closure Deadlines Pursuant to Rule 6(b) (Docket No. 63, filed on 6/8/2012) and the defendant's RESPONSE to #63 Second MOTION for Extension of Time to June 14, 2012 Affirmative Expert Designation and Fact Discovery Closure Deadlines Pursuant to Rule 6(b) (Docket No. 63, filed on 6/18/2012).

Mr. Fuoco presents oral argument and engages in discussion to the court.

For reasons as stated on the record,

**ORDERED:**   The court **DENIES AS MOOT** the plaintiff's Second MOTION for Extension of Time to June 14, 2012 Affirmative Expert Designation and Fact Discovery Closure Deadlines Pursuant to Rule 6(b) (Docket No. 63, filed on 6/8/2012).

HEARING CONCLUDED.

**Court in recess**:   **3:31 p.m.**
Total time in court:   01:33

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.